RECEIVED IN
a Court of Appeals
Sixth District

JUL 0 5 2016

Texarkana, Texas
Debra Autrey, Clerk

Appeal No. 06-15-00062-CV

Allen "F" Calton

v

Steve Schiller, et al

In The Court Of

Appeals

Sixth District of Texas

Appellant's Personal Notice To The Three Justices and Defendant's Attorneys of The Judges and The Court Reporter Of The Error Contained in the opinion Issued on 6-16-16 By Justice Burgess

To The Three Justices of The Court and The Two Attorneys!

The Five of you are hereby being put on personal notice of the error contained in the 6-16-16 opinion issued by the Court specifically Justice Burgess. Justice Burgess hinged his affirmance on his erroneous assumption that there were identical lawsuits filed against Steve Schiller in Harris and Tarrant Counties in 2014 that were dismissed under chapter 14 or disposed of by Summary Judgment. And established in the Accompanying filed motion For Rehearing this is not true. And a new opinion needs to be issued that does not contain false allegations of material facts that the Court based its affirmance of the lower Court's decision to dismiss the state Law claims against Steve Schiller. State's Attorneys Demetri Anastasiadis and Christopher Ponder ensure the corrections are made by the Court. For example when Judge Dana Womack of the 348Th Judicial dismissed a claim erroneously in Cause No. 348-28365-16 Allen "F" Calton v Debra Spisak et al on 6-10-16. Mr. Anastasiadis put the Court on notice of its error. Let that same diligence be applied here: Mr. Anastasiadis and Mr. Ponder. After all they are obligated to do so in the interest of justice. Cf Beck v State 68(SW2d 825, 828 (Tex App. Houston [14Th Dist] 1981) (A prosecutor is under law obligated to See that justice is done)

Appellant's Personal Notice To The Justices and the Attorneys p. 1 of 2

Respectively Submitted,
Allen "F" Calton

Certificate of Service and Filing

I, Allen "F" Calton #1123880, incarcerated at the Stiles Unit, in Jefferson County, TX. hereby certify under the penalty of perjury the foregoing was turned over to prison officials by depositing the same in the prison mail box in a postage prepaid envelope certified mail Label #7014 2120 0003 5002 1068 addressed to the Sixth Court of Appeals 100 North State Line Avenue #20, Texarkana, TX. 75501 and First Class mailed to Appellee's Attorneys Demetri Anastasiadis 300 W. 15st, Austin, TX. 78701 and Christopher Ponder 401 W. Belknap St, Fortworth, TX. 76196 and First Class mailed To Chief Justice Josh R. Morriss III 100 N. State Line Avenue #20 Texarkana, TX. 75501, Justice Bailey C. Moseley 100 N. State Line Avenue #20, Texarkana, TX. 75501 and Justice Ralph K. Burgess 100 N. State Line Avenue #20, Texarkana, TX. 75501

On 6-28-16
Executed On 6-28-16  Allen "F" Calton

Appellant's personal notice To The Justices and the Attorneys p. 2 of 2